894

No. 11–5181. JOHNSON v. RYAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5182. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5183. McCONNEL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–5185. DORSEY v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 11–5186. VIRGEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5187. CARDONA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–5189. HERTEL v. SEVIER, SUPERINTENDENT, MIAMI CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 11–5190. SMITH v. DEFENSE LOGISTICS AGENCY ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5193. TALBERT v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 11–5195. VOLZ v. ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5196. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5197. TORRES-PALOS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5198. T. A. P. v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 11–5199. McQUIRTER v. MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 11–5201. PITTS v. DAVIS, WARDEN. C. A. 11th Cir. Certiorari denied.